# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**GEORGE Y. COCHRAN,**

    Plaintiff,

v.                                                                                                          **Case No: 5:12-cv-332-Oc-32PRL**

**PIERCE MANUFACTURING, INC. and
GARDNER DENVER, INC.**

    Defendants.

_____

## ORDER

      This personal injury and product liability case comes before the Court for consideration of Plaintiff's Motion to Compel Discovery (Doc. 24), to which Defendant has responded (Doc. 25). Plaintiff seeks responses to his requests for production, but Defendant insists it has produced responsive documents (Docs. 25, 26, 27).

      As an initial matter, it is unclear if Plaintiff has fully complied with Local Rule 3.01(g), which provides that "the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion." A plain reading of Plaintiff's certificate of compliance suggests the parties have disagreed on production and that extensions were extended, but does not explicitly state that the parties discussed the filing of the motion or the Defendant's position in response to it. Indeed, in its responses and notices Defendant asserts that it has produced hundreds of documents and items responsive to the Plaintiff's requests.

Accordingly, upon due consideration, Plaintiff's Motion to Compel Discovery (Doc. 24) is DENIED without prejudice.  The Court cautions the parties that they are expected to work together in a professional and good faith effort to resolve both this dispute and future discovery disputes.  If necessary, Plaintiff may renew his motion to compel, provided he complies with Local Rule 3.01(g), and states with specificity what documents are sought to be compelled.  The Defendant is reminded that general objections, such as "overbroad", are typically insufficient.  Thus, if specific documents are in dispute, then Defendant shall state with specificity its objections in its response.

**DONE** and **ORDERED** in Ocala, Florida on November 20, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties